In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of LYMAN F. RHOADS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ALFRED S. HALL et al., as Executors and Trustees, et al., Respondents.

*Matter of Rhoads,* 120 App. Div. 882, affirmed.
(Argued November 18, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1907, which affirmed an order of the New York County Surrogate's Court declaring the estate of Lyman F. Rhoads, deceased, exempt from a transfer tax.

*Edmond C. Alger* and *Charles M. Russell* for appellant.

*William H. Hamilton* for respondents.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.    Absent: O'BRIEN, J.